# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| John Robert Demos, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:13-cv-00032-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| US Secretary of State et al, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 10, 2013 Order.

June 10, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court